FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-19-00077-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC**, Servicer and Attorney-in-Fact for Wells
Fargo Bank, N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset
Backed Pass Through Certificates, as Assignee and Successor to New Century Mortgage
Corporation,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18492
Honorable Renée Yanta, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Appellant's Motion for Rehearing is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 25th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court